UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KAREN ZARZA,

        Plaintiff,

v.                                                           Case No. 18-13862

BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN,

        Defendant.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Granting Defendant's Motion for Summary Judgment," entered on August 2, 2022,

IT IS ORDERED AND ADJUDGED that judgment is entered for Defendant Board of Regents of the University of Michigan and against Plaintiff Karen Zarza.

Dated at Port Huron, Michigan, August 2, 2022.

                                                        KINIKIA ESSIX
                                                        CLERK OF THE COURT

                                                        By: s/Lisa Wagner
                                                        Lisa Wagner, Case Manager
                                                        to Judge Robert H. Cleland

S:\Cleland\Cleland\JUDGE'S DESK\C2 ORDERS\18-13862.ZARZA.Judgment.MAZ.docx