# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 30, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re: Case No. 22-1776, *Joshua Zarza v. Board of Regents of the University of Michigan*
         Originating Case No: 3:18-cv-13862

Dear Ms. Essix:

 Enclosed is a copy of the mandate filed in this case.

                Sincerely yours,

                s/Patricia J. Elder, Senior Case Manager
                  for Antoinette Macon, Case Manager

cc: Mr. Michael N. Hanna
   Mr. Daniel J. McCarthy
   Mr. Donald B Miller
   Mr. Joseph E. Richotte

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 22-1776

_____

Filed: May 30, 2023

KAREN ZARZA, Deceased, Joshua Zarza substituted as a party in interest.; JOSHUA ZARZA, substituted party on behalf of Karen Zarza, deceased

    Plaintiffs - Appellants

v.

BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN

    Defendant - Appellee

## MANDATE

   Pursuant to the court's disposition that was filed 05/05/2023 the mandate for this case hereby issues today.

COSTS: None