## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JOSHUA ZARZA, as**                         Case No. 18-cv-13862
**Personal Representative for**
**The Estate of KAREN ZARZA,**               Hon. Shalina D. Kumar

       Plaintiff,

v.

**BOARD OF REGENTS of the**
**UNIVERSITY OF MICHIGAN,**

       Defendant.

_____/

**MORGAN & MORGAN P.A.**            **BUTZEL LONG**
**By:     Michael N. Hanna (P81462)**   By:     **Donald B. Miller (P23419)**
      **Warren D. Astbury (P82416)**   150 W. Jefferson, Suite 100
2000 Town Center, Suite 1900        Detroit, Michigan  48226
Southfield,  Michigan  48075        (313) 225-7020
(313) 739-1950                      **Attorneys for Defendant**
**Attorneys for Plaintiff**

_____/

## STIPULATED ORDER OF DISMISSAL
## WITH PREJUDICE

     In accordance with the stipulation of the parties and the Court being advised in the premises:

     **IT IS HEREBY ORDERED** that this matter is dismissed in its entirety as to all parties, with prejudice and without the payment of costs or fees by any party.

Dated:  August 4, 2023                            s/Shalina D. Kumar

                                                   United States District Court Judge


**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**


s/ with the consent of                     s/ **Donald B. Miller**

**Michael N. Hanna**                       Butzel Long

2000 Town Center, Suite 1900       150 W. Jefferson, Suite 100

Southfield, Michigan  48075         Detroit, Michigan  48226

(313) 739-1950                           (313) 225-7020

(248) 797-4013                           miller@butzel.com

mhanna@forthepeople.com          (P23419)

(P81462)